# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BENITEZ, | NO. CV 16-02559-AB (AS) |
|     Petitioner, | |
|     v. | **JUDGMENT** |
| TIM PEREZ, Warden, | |
|     Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: September 18, 2017.

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE